UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                 :

       -against-                                     :        19 Cr. 912 (WHP)

Albert O. Grant, II,                                :        ORDER

                             Defendant.      :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The sentencing for defendant Albert O. Grant, II, is re-scheduled on consent to March 4, 2021 at 11:00 a.m.

Dated:  November 23, 2020
         New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.