UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| -against- | : | 19 Cr. 912 (WHP) |
| Albert O. Grant, II, | : | <u>ORDER</u> |
| Defendant. | : | |

------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

       The sentencing for defendant Albert O. Grant, II, is re-scheduled on consent to April 21, 2021 at 11:00 a.m.

Dated: February 22, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.