# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 8, 2021

By ECF

Honorable William H. Pauley III
United States District Judge
Southern District of New York

**Re: United States v. Albert O. Grant, II, 19 Cr. 912 (WHP)**

Dear Judge Pauley:

I write to respectfully request that the Court adjourn sentencing in this matter to June 17, 2021 at 3:30 p.m., a date and time I understand is convenient for the Court. The purpose of this adjournment would be to allow Mr. Grant to appear in-person for his sentencing. The Government consents to this request.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:  Jilan Kamal, Esq. (by ECF)
     Assistant United States Attorney

Application granted.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

April 9, 2021