UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                     :

      -against-                                           :          19 Cr. 912 (WHP)

Albert O. Grant, II,                                        :          ORDER

                        Defendant.         :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

      The sentencing for defendant Albert O. Grant, II, is re-scheduled to a date to be determined.

Dated: June 15, 2021

      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.