UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

            Plaintiff,

v.

ALBERT O. GRANT, II

            Defendant.

Docket No. 19-cr-00912-PAE

**ORDER FOR ADMISSION**

**PRO HAC VICE**

The motion of J. Michael Baggett, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Pennsylvania and United States District Court for the Western District of Pennsylvania; and that his contact information is as follows:

J. Michael Baggett
McCann, Garland, Ridall & Burke
11 Stanwix Street, Suite 1030
Pittsburgh, PA  15222
Telephone: (412) 566-1818
Fax: (412) 566-1817

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Legacy Sports USA, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: April 22, 2022

                                              *Paul A. Engelmayer*
                                              Paul A. Engelmayer
                                              United States District Judge

0322