UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ALBERT O. GRANT, II,

Defendant.

19-CR-912 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a petition for remission filed by Legacy Sports USA, LLC, seeking certain seized property. The Court directs the Government, by May 11, 2022, to respond, setting forth its views as to this petition.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 4, 2022
       New York, New York