

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 3, 2023

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, New York 10007

      Re:      **United States v. Albert O. Grant**,
                **19 Cr. 912 (PAE)**

Dear Judge Engelmayer:

      The Government respectfully submits this letter, with consent of counsel for Mr. Goldart, in response to the Court's October 13, 2022 Order directing the Government "to pay out the restitution in the amount of $316,669 from the identified 'Specific Property' to Petitioner Ivan Goldart" (the "Order")(ECF No. 34) and victim Ivar Goldart's March 3, 2023 motion to compel the Government's compliance with the Order.

      The parties are in discussion regarding a potential resolution that would obviate the need to litigate the victim's motion. Within one week, the parties will jointly propose a resolution to the Court or the Government will file its opposition to Mr. Goldart's motion.

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney for the
                                        Southern District of New York

            By:      _____
                        Jilan Kamal
                        Assistant United States Attorney
                        (212) 637-2192

cc:      Counsel (by ECF and email)