UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | 19-CR-912 (PAE) |
| -v- | ORDER |
| ALBERT O. GRANT, II, | |
| Defendant. | |

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from counsel for Ivar Goldart, Esq., a victim of the offenses committed by defendant Albert O. Grant II. Dkt. 35. Mr. Grant's counsel moves for the reopening of this case to compel the Government to comply with the Court's October 13, 2022 order at Dkt. 34, which, *inter alia*, directed the payment of $316,699 from identified "Specific Property" to Mr. Goldart. The Court directs the Government to respond to this letter, by Friday, March 17, 2023. The Government should specifically address Mr. Goldart's claim that the Court's October 13, 2022 was not complied with. If the Government contends that it has complied with that order, the Government's letter should attach documentary evidence of such.

SO ORDERED.

                                                     *Paul A. Engelmayer*
                                                     PAUL A. ENGELMAYER
                                                     United States District Judge

Dated: March 6, 2023
           New York, New York