UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER** |
| -v.- | : | 19 Cr. 912 (PAE) |
| ALBERT O. GRANT, II, | : | |
| Defendant. | : | |

------------------------------------X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Jilan J. Kamal;

It is found that the Complaint, 19 Mag. 1923, in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Complaint unsealed, it is therefore;

ORDERED that the Complaint in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       March 20, 2023

_____
THE HONORABLE SARAH NETBURN
UNITED STATE MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK