UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
:
        -v-                                                    :        19-CR-912 (PAE)
:
ALBERT O. GRANT, II,                                      :        ORDER
:
        Defendant.                                      :
:
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    The Court has reviewed the recent letters from the Government, Dkt. 38, and from counsel for petitioner Ivar Goldart, Dkt. 39-1. The Government asks the Court to withdraw its order of March 6, 2023 directing the Government to pay petitioner Ivar Goldart $316,699 from specified property. Dkt. 37. The Government explains that, based on an errant understanding of what Mr. Goldart was seeking, it had mistakenly stated that it did not oppose the request for such an order. Dkt. 38 at 3. In fact, the Government states, it opposes the order as issued, for reasons including that Mr. Goldart has not established a superior interest in the property at issue, and that, upon issuance of a final order of forfeiture, Mr. Goldart's petition, which the Government would support, would be properly directed to a unit of the Justice Department. *See generally id.* Mr. Goldart consents to the withdrawal of the order. Dkt. 39-1.

    For the reasons stated by the Government and in light of Mr. Goldart's consent, the Court withdraws its order of March 6, 2023. The Court also directs the Government forthwith to submit a final order of forfeiture for the Court to issue; the Court expects that such an order will substantively track the preliminary order of forfeiture that earlier issued. To assure that concerted attention is paid to furnishing Mr. Goldart the restitution to which he is entitled, the

Court directs the Government, at the start of each month beginning May 1, 2023, to file a brief letter on the docket of this case setting out the status of the Government's and Mr. Goldart's efforts towards this end. Upon confirmation of the payment of restitution to Mr. Goldart, this notification obligation will terminate.

The Clerk of Court is requested to terminate the motions at Dkt. Nos. 35 & 38.

SO ORDERED.

Dated: March 27, 2023
New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge