

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 29, 2023

**VIA ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

                Re:  *United States v. Albert O. Grant, II*
                    19 Cr. 912 (PAE)

Dear Judge Engelmayer:

      The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter.  As set forth in the accompanying Declaration, all right, title, and interest of the defendant, Albert O. Grant, II, in the Specific Property was ordered forfeited pursuant to a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (Docket Entry 21), and there are no outstanding third-party claims to the Specific Property.  Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Marshals Service can dispose of the Specific Property according to law.

                                                  Respectfully submitted,

                                                  DAMIAN WILLIAMS
                                                  United States Attorney
                                                  Southern District of New York

                                       By:    /s/_____
                                                Jilan Kamal
                                                Assistant United States Attorney
                                                Tel. (212) 637-2192

*Enclosure*